■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEITH GASKING, Also Known as CHRIS WELDRON, Also Known as CARL LAKE, Appellant. [657 NYS2d 936] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Appelman, J.), imposed May 1, 1995, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed.

The defendant received the agreed-upon sentence. Mangano, P. J., Rosenblatt, Thompson, Joy and Goldstein, JJ., concur.